MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

Attorneys for Plaintiffs Sierra Nevada Forest Protection
Campaign and Plumas Forest Project

RACHEL M. FAZIO, State Bar No. 187580
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290

Attorney for Plaintiffs Earth Island Institute and
Center for Biological Diversity

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, PLUMAS FOREST PROJECT, EARTH ISLAND INSTITUTE, and CENTER FOR BIOLOGICAL DIVERSITY, non-profit organizations,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; JACK BLACKWELL, in his official capacity as Regional Forester, Region 5, United States Forest Service; and JAMES M. PEÑA, in his official capacity as Forest Supervisor, Plumas National Forest,<br><br>    Defendants,<br><br>and<br><br>QUINCY LIBRARY GROUP, an unincorporated citizens group; and PLUMAS COUNTY,<br><br>    Intervenors/Defendants. | Case No. Civ. S-04-2023 MCE/GGH<br><br>STIPULATION AND JOINT REQUEST REGARDING RESOLUTION OF PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL; ORDER<br><br>Date:  June 20, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

1

Pursuant to L.R. 83-143, the parties in the above-captioned case submit the following stipulation regarding Plaintiffs' Motion for Injunction Pending Appeal. The parties hereby stipulate as follows:

1. On May 9, 2005, the Court issued a Memorandum and Order granting the United Forest Service's Motion for Summary Judgment, denying plaintiffs' Motion for Summary Judgment, and denying plaintiffs' request for a permanent injunction enjoining the implementation of the Meadow Valley Project. The Court entered a final judgment, and the case was closed.

2. On May 10, 2005, the Forest Service notified plaintiffs that four timber sale contracts implementing the Meadow Valley Project would be advertised on May 11, 2005. The advertisements indicate that the Forest Service will receive bids for two of the timber sale contracts on June 14, 2005, and bids for the other two contracts on June 16, 2005.

3. On May 12, 2005, plaintiffs filed a Notice of Appeal of the Court's May 9, 2005 Memorandum and Order and Judgment and simultaneously filed a Motion for Injunction Pending Appeal. Pursuant to Local Rule 78-230(b), plaintiffs noticed their Motion for Injunction Pending Appeal on the motion calendar for a hearing on June 20, 2005.

4. The Forest Service and intervenor/defendant Quincy Library Group agree to file their opposition to plaintiffs' Motion for Injunction Pending Appeal by May 18, 2005. Plaintiffs hereby waive the right to file a reply.

5. Although plaintiffs have noticed their motion for a hearing, the parties respectfully request that the Court decide plaintiffs' May 12, 2005 Motion for Injunction Pending Appeal without a hearing before this Court. The hearing on the motion set for June 20, 2005 is vacated.

The parties jointly submit the above stipulation and respectfully request that the Court approve it.

/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED: May  12 , 2005 | Respectfully submitted, |
| 2 | | /s/ George M. Torgun |
| | | MICHAEL R. SHERWOOD |
| 3 | | GEORGE M. TORGUN |
| | | Earthjustice |
| 4 | | 426 17th Street, 5th Floor |
| | | Oakland, CA 94612 |
| 5 | | |
| | | Attorneys for Plaintiffs Sierra Nevada Forest Protection |
| 6 | | Campaign and Plumas Forest Project |
| 7 | | /s/ Rachel M. Fazio (as authorized on May 12, 2005) |
| | | RACHEL M. FAZIO |
| 8 | | John Muir Project |
| | | P.O. Box 697 |
| 9 | | Cedar Ridge, CA 95924 |
| 10 | | Attorney for Plaintiffs Earth Island Institute |
| | | and Center for Biological Diversity |
| 11 | | |
| 12 | DATED: May  12 , 2005 | /s/ Brain C. Toth (as authorized on May 12, 2005) |
| | | BRIAN C. TOTH |
| | | Trial Attorney |
| 13 | | General Litigation Section |
| | | Environment & Natural Resources Division |
| 14 | | U.S. Department of Justice |
| | | P.O. Box 663 |
| 15 | | Washington, DC 20044-0663 |
| 16 | | Attorney for Defendants |
| 17 | DATED: May  12 , 2005 | /s/ Michael B. Jackson (as authorized on May 12, 2005) |
| | | MICHAEL B. JACKSON |
| 18 | | 429 West Main Street |
| | | P.O. Box 207 |
| 19 | | Quincy, CA 95971 |
| | | (530) 283-1007 |
| 20 | | |
| | | Attorney for Proposed Intervenors/Defendants Quincy Library |
| 21 | | Group and Plumas County |
| 22 | | |
| 23 | **IT IS SO ORDERED.** | |
| 24 | DATED: May 20, 2005 | |
| 25 | | |
| 26 | | _____ |
| | | MORRISON C. ENGLAND, JR |
| 27 | | UNITED STATES DISTRICT JUDGE |
| 28 | | |

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28